■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH VIRUET, Appellant.—Appeal by defendant from a judgment of the County Court, Orange County (Ingrassia, J.), rendered December 15, 1981, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed (see, People v Pellegrino, 60 NY2d 636; People v Harris, 61 NY2d 9; People v Kazepis, 101 AD2d 816).

We have considered defendant's other contentions and find them to be without merit. Mollen, P. J., Gibbons, Brown, Niehoff and Eiber, JJ., concur.